IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION
Civil Action No.: 3:22-cv-04615-SAL

| | | |
|---|---|---|
| Andrew Jaeger and SLP Advisory, LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **STIPULATION OF WITHDRAWAL** |
| | ) | **OF FED.R.CIV.P. 26(a)(2)(A)** |
| Abigail Jaeger, Brittany T. Kaliher, | ) | **IDENTIFICATION OF EXPERT** |
| Andrew Patterson and Beam | ) | **WITNESS [DKT. NO. 74]** |
| Technologies LLC, and | ) | **BY PLAINTIFFS, ANDREW** |
| John and Jane Does 1-10, | ) | **JAEGER AND SLP ADVISORY, LLC** |
| | ) | |
| Defendants. | ) | |
| | ) | |

**TO:     THE CLERK OF COURT AND ALL PARTIES OF RECORD.**

**PLEASE TAKE NOTICE THAT** Plaintiffs, Andrew Jaeger and SLP Advisory, LLC, hereby stipulate pursuant to FED.R.CIV.P. 29(b) to the withdrawal of Michael Conte as an expert witness previously identified pursuant to FED.R.CIV.P. 26(a)(2)(A) on October 23, 2023, Docket Entry No. 74, and further stipulate that their Rule 26(a)(2)(A) Identification of Expert Witness filed October 23, 2023, Docket Entry No. 74, is hereby modified to delete any and all reference to and/or identification of Michael Conte as an expert witness.

**PRITCHARD LAW GROUP, LLC**

*/s/ Edward K. Pritchard, III*
Edward K. Pritchard, III, Esq.
Federal ID No. No. 4790
8 Cumberland Street, Suite 200 (29401)
Post Office Box 630
Charleston, South Carolina 29402
843-722-3300 Telephone
843-722-3379 Facsimile
e-mail: epritchard@pritchardlawgroup.com

January 25, 2024
Charleston, South Carolina

**-AND –**

Gregory Zimmer, Esq.
Admitted Pro Hac Vice
142 New Chalet Drive
Mohegan Lake, New York 10547-1620
(914) 402-5683 Telephone
(914) 402-5683 Fax
e-mail; GZimmer@GZimmerLegal.com
*ATTORNEYS FOR PLAINTIFF,*
*ANDREW JAEGER AND SLP*
*ADVISORY, LLC*

January 25, 2024
Mohegan Lake, New York

*ATTORNEY FOR PLAINTIFF, ANDREW
JAEGER AND SLP ADVISORY, LLC*